# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OROSTREAM, LLC<br><br>Plaintiff,<br><br>v.<br><br>AUTOTASK CORPORATION<br><br>ZOHO CORPORATION.<br><br>Defendant. | CASE NO. 2:17-cv-00387-JRG<br><br>Case NO. 2:17-cv-00415-JRG<br>(CONSOLIDATED CASE)<br><br>JURY TRIAL DEMANDED |

## ZOHO CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule of Civ. P. 7.1, Defendant Zoho Corporation ("Zoho"), through its undersigned counsel, hereby submits the following corporate disclosure statement: Zoho is a privately held company, and owned by parent company, Zoho Corporation Private Limited. No publicly held company beneficially owns 10% or more of Zoho's stock.

Dated: July 12, 2017

Respectfully submitted,

By: */s/ Ryan Marton*
    Ryan Marton

MARTON RIBERA SCHUMANN & CHANG LLP
Ryan J. Marton (Cal Bar No.223979, *Admitted E.D. Tex.*)
ryan@martonribera.com

David Schumann (Cal Bar No. 223936, *Admitted E.D. Tex.*)
david@martonribera.com
Carolyn Chang (Cal Bar No. 217933, *Admitted E.D. Tex.*)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360 2511

*Attorneys for Defendant Zoho Corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 12, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: July 12, 2017         */s/ Ryan Marton*
                                                 Ryan Marton