# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**AUTOTASK CORPORATION,**<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 2:17-cv-387-JRG<br>(LEAD CASE)<br><br>**PATENT CASE** |

## AGREED MOTION TO DISMISS AUTOTASK CORPORATION WITH PREJUDICE PURSUANT TO RULE 41(A)(2)

Plaintiff Orostream LLC and Defendant Autotask Corporation, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated:  July 20, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ David R. Bennett
　　　　　　　　　　　　　　　　　　　By:　David R. Bennett
　　　　　　　　　　　　　　　　　　　　　**DIRECTION IP LAW**
　　　　　　　　　　　　　　　　　　　　　P.O. Box 14184
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60614-0184
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 291-1667
　　　　　　　　　　　　　　　　　　　　　e-mail:  dbennett@directionip.com

　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　**OROSTREAM LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have conferred in good faith and Autotask Corporation agrees to this motion.

/s/ *David R. Bennett*
David R. Bennett
ATTORNEY FOR PLAINTIFF
OROSTREAM LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served by e-mail and/or electronic file transfer on July 20, 2017, to counsel of record for defendant.

/s/ *David R. Bennett*
David R. Bennett