**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>　　　　　　Plaintiff,<br>v.<br><br>**AUTOTASK CORPORATION,**<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 2:17-cv-387-JRG<br>(LEAD CASE)<br><br>PATENT CASE |
| v. **EFOLDER, INC.,**<br>　　　　　　Defendant | CIVIL ACTION NO. 2:17-cv-414-JRG<br>(CONSOLIDATED) |

**ORDER**

The Agreed Motion to Dismiss eFolder, Inc. with Prejudice (Dkt. No. 36), which requests dismissal of all claims asserted by Plaintiff Orostream LLC against Defendant eFolder, Inc., is **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit by Plaintiff Orostream LLC against Defendant eFolder, Inc., are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 24th day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE